| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) NEVAS, ALAN H | 2. Court or Organization U.S. DISTRICT COURT, CONN. | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. COURTHOUSE 915 LAFAYETTE BOULEVARD BRIDGEPORT, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. DIRECTOR | JEWISH HOME FOR THE ELDERLY |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN -9 A 11: 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CORNERSTONE BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. VORNADO REALTY COMMON STOCK | C | Dividend | L | W | | | | | |
| 3. STATE OF ISRAEL BOND | A | Interest | | | SELL | 7/14 | J | A | BOND MATURED |
| 4. CAPITAL HOUSING PARTNERSHIP, LP | | | | | | | | | FINAL K-1 2003 |
| 5. FAIRVIEW LP | | | | | | | | | MERGED INTO *Garden Home Fld. Apts.* |
| 6. MAPLE COURT ASSOCIATES LP | | | | | | | | | MERGED INTO *Garden Home Apts. Apts.* |
| 7. GARDEN HOMES MAPLE APARTMENTS, LP | C | Rent | J | W | | | | | RESULT OF MERGER *see above* |
| 8. SPRINGDALE CENTER LP | B | Rent | J | W | | | | | |
| 9. MATCHCAP-HARBOR'S EDGE, LLC | A | Interest | | | SELL | 11/4 | K | E | FINAL K-1 2004 |
| 10. PEOPLE'S BANK SAVINGS ACCOUNT | | None | | | | | | | ACCOUNT CLOSED 2004 |
| 11. FLEET BANK | A | Interest | J | T | | | | | |
| 12. BANK OF WESTPORT SAVINGS | | | | | | | | | NAME CHANGE TO |
| 13. FAIRFIELD COUNTY BANK | A | Interest | J | T | | | | | FORMERLY BANK OF *Westport* |
| 14. COLONIAL BROADWATER LP | | None | K | W | | | | | |
| 15. | | | | | | | | | |
| 16. SCM FDG LLC SER 2002 ASTON CARE SYS CORP. BOND | C | Interest | | | SELL | 7/01 | K | A | |
| 17. SCM FDG LLC SER 2003 HERON HOUSE E. PJ CORP. BOND | B | Interest | K | T | | | | | |
| 18. STAR INTL ACADEMY MICH CTFS MUNI BOND | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A = $1,000 or less | | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001 ,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | | | Date of Report | |
| NEVAS, ALAN H | | | 5/6/2005 | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | MONROE CNTY NY DEV AGY CIVIC MUNI BOND | B | Interest | K | T | | | | | |
| 20. | PHILADELPHIA PA AUTH FOR INDL DEV. MUNI BOND | B | Interest | K | T | | | | | |
| 21. | ALLIANCE CAPITAL RESERVES MM | A | Interest | K | T | | | | | part of brokerage acct. |
| 22. | | | | | | | | | | |
| 23. | FIDELITY - IRA | B | Dividend | M | T | | | | | SEE BELOW |
| 24. | - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | | | | | |
| 25. | - CREDIT ACCEPTANCE CORP. MICH. COMMON STOCK | | | | | BUY | 2/17 | J | | |
| 26. | - EXPEDITORS INTL. COMMON STOCK | | | | | | | | | |
| 27. | - GLADSTONE CAP CORP COMMON STOCK | | | | | BUY | 2/04 | J | | |
| 28. | - GLADSTONE COML CORP COMMON STOCK | | | | | BUY | 2/04 | J | | |
| 29. | - NORTH FORK BANCORPTN INC. COMMON STOCK | | | | | BUY | 2/11 | J | | |
| 30. | - PHILADELPHIA SUBURBN CORP. COMMON STOCK | | | | | SELL | 2/11 | J | | NAME CHANGE TO Aqua America |
| 31. | - PROGRESSIVE CORP. OHIO COMMON STOCK | | | | | | | | | |
| 32. | - STUDENT LOAN CORP. COMMON STOCK | | | | | | | | | |
| 33. | - UNITED PARCEL SERVICE INC. COMMON STOCK | | | | | | | | | |
| 34. | - USA INTERACTIVE INC. COMMON STOCK | | | | | SELL | 2/09 | J | | |
| 35. | - WORLDCOM INC. GA NEW COMMON STOCK | | | | | | | | | |
| 36. | - FIDELITY MID CAP STOCK | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - VALUE LINE ASSET | | | | | | | | | |
| 38. - FIDELITY CAPITAL APPRECIATION MUTUAL FUND | | | | | | | | | |
| 39. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | | | | | |
| 40. - FIDELITY CONTRAFUND | | | | | SELL | 12/04 | J | | |
| 41. - FIDELITY DIVIDEND GROWTH | | | | | | | | | |
| 42. - FIDELITY CASH RESERVE MM | | | | | | | | | END - FIDELITY IRA |
| 43. | | | | | | | | | |
| 44. ARCHER DANIELS MIDLAND COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | None | J | T | | | | | |
| 46. COUNTRYWIDE FINANCIAL COMMON STOCK | A | Dividend | J | T | BUY | 3/10 | J | | |
| 47. EXPEDITORS INTL. COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. FIRST ISRAEL FD INC. COMMON STOCK | | None | J | T | | | | | |
| 49. TAKE TWO INTERACTIVE COMMON STOCK | | None | J | T | | | | | |
| 50. BRE PROPERTIES CL A COMMON STOCK | | | | | SELL | 3/8 | J | A | |
| 51. BOSTON PROPERTIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 52. HEALTHCARE REALTY TR COMMON STOCK | A | Dividend | | | SELL | 3/8 | J | B | |
| 53. NEW PLAN EXCEL REALTY TR INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. FIDELITY CT MUNI MM | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. FIDELITY IRA | A | Dividend | M | T | | | | | SEE BELOW |
| 58. - FIDELITY CASH RESERVE | | | | | | | | | |
| 59. - BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | | | | | | | | |
| 60. - FIDELITY EUROPE CAPITAL APPRECIATION | | | | | | | | | |
| 61. - FIDELITY GROWTH COMPANY | | | | | | | | | |
| 62. - FIDELITY LOW PRICED STOCK | | | | | | | | | |
| 63. - FIDELITY DIVIDEND GROWTH | | | | | | | | | |
| 64. - FIDELITY CASH RESERVES | | | | | | | | | |
| 65. - FIDELITY SMALL CAP | | | | | | | | | END - FIDELITY IRA |
| 66. | | | | | | | | | |
| 67. BERKSHIRE HATHAWAY INC. CL B COMMON STOCK | | None | K | T | | | | | |
| 68. LUCENT TECH, INC. COMMON STOCK | | None | J | T | | | | | |
| 69. NTN COMMUNICATIONS INC. COMMON STOCK | | None | J | T | | | | | |
| 70. FIDELITY CT MUNI MM | A | Interest | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. STAR INTL ACADEMY MICH CTFS PARTN MUNI BOND | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. MONROE CNTY NY INDL DEV AGY CIVIC FAC MUNI BOND | A | Interest | J | T | | | | | |
| 74. PHILADELPHIA PA AUTH FOR INDL DEV SER B MUNI BOND | A | Interest | J | T | | | | | |
| 75. WEST TEXAS DETENTION FAC CORP MUNI BOND | A | Interest | J | T | | | | | |
| 76. ALLIANCE BERNSTEIN CAP RES MM | A | Dividend | J | T | | | | | part of brokerage acct. |
| 77. | | | | | | | | | |
| 78. WOMEN IN SECURITIES | A | Dividend | J | T | | | | | SEE BELOW |
| 79. - PFIZER INC. COMMON STOCK | | | | | TRANSFER | | | | 1/31 & 4/22 |
| 80. - AFFILIATED COMPUTER COMMON STOCK | | | | | BUY | 5/04 | | | & 6/29 |
| 81. - CORINTHIAN 2 COMMON STOCK | | | | | BUY | 2/03 | | | |
| 82. - CORINTHIAN 2 COMMON STOCK | | | | | SELL | 6/18 | | | |
| 83. - BED BATH & BEYOND COMMON STOCK | | | | | BUY | 9/08 | | | |
| 84. -BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | | | | | |
| 85. - HOME DEPOT COMMON STOCK | | | | | BUY | 9/08 | | | & 11/03 |
| 86. - STRYKER CORP. COMMON STOCK | | | | | SELL | 10/15 | | | TRANSFER 1/31 & 4/22 |
| 87. - SHUFFLEMASTER COMMON STOCK | | | | | BUY | 6/08 | | | |
| 88. - SHUFFLEMASTER COMMON STOCK | | | | | SELL | 7/07 | | | |
| 89. - TEVA COMMON STOCK | | | | | SELL | 8/12 | | | |
| 90. - LOWE'S COMMON STOCK | | | | | SELL | 3/16 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - UNIVISION COMM. COMMON STOCK | | - | | | BUY | 3/30 | | | |
| 92. - UNIVISION COMMON STOCK | | | | | SELL | 12/08 | | | |
| 93. - CHELSEA PROPERTY GROUP COMMON STOCK | | | | | SELL | 6/08 | | | & 6/29 |
| 94. - CHELSEA PROPERTY GROUP COMMON STOCK | | | | | SELL | 3/10 | | | END - WOMEN IN |
| 95. | | | | | | | | | |
| 96. AMSOUTH BANCORPORATION COMMON | A | Dividend | J | T | | | | | |
| 97. AVAYA INC. COMMON STOCK | | None | | | BUY | 2/04 | J | | |
| 98. AVAYA INC. COMMON STOCK | | None | | | SELL | 12/15 | J | A | |
| 99. ANADARKO PETE CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 100. BANK OF AMERICA CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 101. BANKNORTH GROUP INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 102. BANKNORTH CAP TR II | B | Interest | K | T | | | | | |
| 103. BEAR STEARNS CAP TR III | A | Interest | | | SELL | 3/01 | K | A | |
| 104. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | M | T | | | | | |
| 105. CHARTER ONE FINANCIAL INC. COMMON STOCK | A | Dividend | | | SELL | 5/13 | K | D | |
| 106. CHEVRON TEXACO CORP. COMMON STOCK | B | Dividend | K | T | | | | | |
| 107. CISCO SYSTEMS INC. COMMON STOCK | | None | K | T | | | | | |
| 108. COMMERCE BANCORP INC. NJ COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000 | | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | VERIZON 7.375% PFD CORP. BACKED TRUST CERT. | B | Interest | K | T | | | | | |
| 110. | DIAMOND OFFSHORE COMMON STOCK | A | Dividend | K | T | BUY | 2/04 | J | | |
| 111. | DOMINION CNG CAP TR I 7.8% | B | Interest | K | T | | | | | |
| 112. | EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 113. | EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 114. | FIFTH THIRD BANCORP COMMON STOCK | A | Dividend | | | SELL | 12/10 | J | A | |
| 115. | FIRST BANCORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 116. | GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | BUY | 4/04 | J | | |
| 117. | HOME DEPOT COMMON STOCK | A | Dividend | K | T | | | | | |
| 118. | HUDSON UNITED BANKCORP COMMON STOCK | B | Dividend | K | T | | | | | |
| 119. | KEYCORP NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 120. | LUCENT TECHNOLOGIES INC. COMMON STOCK | | None | J | T | | | | | |
| 121. | MARATHON OIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 122. | MICROSOFT CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 123. | NATIONAL CITY CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 124. | NATIONAL CITY CORP. COMMON STOCK | A | Dividend | K | T | BUY | 5/13 | K | | ADDITIONAL SHARES |
| 125. | NORTHERN TRUST CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. | PEPSICO INC. COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | L | T | | | | | |
| 128. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 129. ROYAL DUTCH NEW COMMON STOCK | B | Dividend | | | SELL | 6/14 | L | D | |
| 130. STANDARD & POORS MIDCAP 400 COMMON STOCK | A | Dividend | J | T | | | | | |
| 131. THE STUDENT LOAN CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 132. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 133. WASHINGTON MUTUAL INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 134. WEBSTER FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 135. ADVANTAGE PRIMARY LIQ. FUND MM | A | Dividend | K | T | BUY | 2/04 | J | | PART OF BROKERAGE |
| 136. FAHNESTOCK PRIME CASH SERIES MM | A | Dividend | | | SELL | 2/04 | J | A | part of brokerage acct. |
| 137. | | | | | | | | | |
| 138. AMSOUTH BANCORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 139. AVAYA INC. COMMON STOCK | | None | | | BUY | 2/04 | J | | |
| 140. AVAYA INC. COMMON STOCK | | None | | | SELL | 12/10 | J | A | |
| 141. BB&T CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 143. BANKNORTH GROUP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 144. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | | | | | |
| 146. CHELSEA PROPERTY GROUP INC. COMMON STOCK | A | Dividend | | | SELL | 10/18 | J | A | |
| 147. VERIZON 7.375 PFD CORP. BACKED TRUST CERT. | A | Interest | J | T | | | | | |
| 148. DTE ENERGY TRUST I  7.8% | A | Interest | J | T | | | | | |
| 149. DOMINION CNG CAP TR COMMON STOCK | A | Interest | J | T | | | | | |
| 150. EXPEDITORS INTL. OF WASH. INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 151. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 152. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 153. FIFTH THIRD BANCORP. COMMON STOCK | A | Dividend | | | SELL | 12/10 | J | A | |
| 154. GENERAL MOTORS CORP.  7.25% SENIOR NOTES | A | Interest | J | T | | | | | |
| 155. HEALTHCARE REALTY TR INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 156. INTERACTIVE CORP. COMMON STOCK | | None | | | SELL | 2/04 | J | A | |
| 157. KEY CORP. NEW COMMON STOCK | A | Dividend | J | T | | | | | |
| 158. MICROSOFT CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 159. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 160. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 161. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 162. PIPER JAFFRAY COMMON STOCK | | None | J | T | BUY | 1/05 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 164. ROYAL DUTCH NEW COMMON STOCK | A | Dividend | | | SELL | 6/14 | J | A | |
| 165. ROYAL DUTCH NEW COMMON STOCK | A | Dividend | | | SELL | 6/14 | J | A | |
| 166. ROYAL DUTCH NEW COMMON STOCK | A | Dividend | | | SELL | 6/14 | J | A | |
| 167. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | J | T | BUY | 10/18 | J | | |
| 168. SIMON PROPERTY 6.0% PR | A | Interest | J | T | BUY | 10/18 | J | | |
| 169. STRYKER CORP. COMMON STOCK | | None | J | T | BUY | 1/31 | J | | |
| 170. THE STUDENT LOAN CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 171. US BANCORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 172. WASHINGTON MUTUAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 173. ADVANTAGE PRIMARY LIQUID FUND | A | Dividend | J | T | BUY | 2/04 | J | | MM-part of brokerage acct. |
| 174. FAHNESTOCK CASH SERIES BROKERAGE ACCOUNT MM | A | Dividend | | | SELL | 2/04 | J | A | part of brokerage acct. |

1. Income/Gain Codes:      A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes:      Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 5/6/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | NEVAS, ALAN H | 5/6/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date ___ 6/4/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544